IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JUAN TERRY POWELL,

    Petitioner,

v.                                        CASE NO. 5:05cv201-RH/WCS

WARDEN J. BARRON, JR.,

    Respondent.

_____/

## ORDER DENYING PETITION

This matter is before the court on the magistrate judge's report and recommendation (document 8) and the objections thereto (document 9). I have reviewed de novo the issues raised by the objections. Upon consideration,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the opinion of the court. Petitioner's motion for summary judgment (document 7) is DENIED. The clerk shall enter judgment stating, "The petition for writ of habeas corpus is DISMISSED." The clerk shall close the file.

SO ORDERED this 17th day of January, 2006.

                                                          s/Robert L. Hinkle
                                                          Chief United States District Judge